ACCEPTED
01-14-00335-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/27/2015 2:12:11 PM
CHRISTOPHER PRINE
CLERK

NOS. 01-14-00335-CR & 01-14-00336-CR

| | | |
|---|---|---|
| DAMION GENTRY | § | IN THE FIRST DISTRICT |
| VS. | § | COURT OF APPEALS |
| THE STATE OF TEXAS | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/27/2015 2:12:11 PM
CHRISTOPHER A. PRINE
Clerk

## STATE'S MOTION FOR LEAVE TO FILE ITS AMENDED BRIEF

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

On October 16, 2015, the deputy court reporter for the certification hearing in the above-referenced appeals filed an amended reporter's record. The State asks leave of the Court to file its amended brief, wherein the following changes to its original brief were made:

1. Record references for the evidence adduced at the certification hearing as shown in the reporter's record filed October 16, 2015;

2. Spelling of names and word changes made by the court reporter to accurately reflect the proceeding;

3. The Southwest Reporter citation for *Gonzales v. State*;

4. Addition of a reference to "[t]he testimony of Shane Marvin, court liaison officer of the Fort Bend County Juvenile Probation Department. [4CH5-74]" on page 17, listing the evidence considered by the juvenile court in certifying Appellant as an adult.

The substance of the State's arguments remain unchanged.

1

WHERFORE, PREMISES CONSIDERED, the State asks this Court to grant leave to file its amended brief.

Respectfully submitted,

John F. Healey, Jr.
SBOT # 09328300
District Attorney, 268th Judicial District
Fort Bend County, Texas

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell
SBOT # 11395400
Assistant District Attorney
301 Jackson Street, Room 101
Fort Bend County, Texas 77469
(281) 238-3205 / (281) 238-3340 (fax)
Gail.McConnell@fortbendcountytx.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State's motion was served on October 27, 2015, through the electronic filing manager or by email on Mr. Michael Diaz, Attorney for Appellant, <mjoeldiaz@sbcglobal.net>.

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell